**Order filed March 18, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00547-CR

———————

**HORACE SIMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 11**
**Harris County, Texas**
**Trial Court Cause No. 1789057**

---

## ORDER

Appellant is represented by retained counsel, W. Troy McKinney, in this appeal from a conviction for driving while intoxicated. Appellant's brief was originally due **October 7, 2013.** We granted W. Troy McKinney four extensions of time to file appellant's brief until February 27, 2014. When we granted the fourth extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On March 10, 2014, counsel filed a request for a further extension of time to file appellant's brief until April 10, 2014. More than

four months have passed since appellant's brief was due. Counsel has not provided an adequate explanation for the failure to file a brief. We **DENY** counsel's request for a further extension of time and issue the following order.

**W. Troy McKinney is ORDERED** to file appellant's brief with the clerk of this Court on or before **April 10, 2014**. If **W. Troy McKinney** does not timely file the brief as ordered, the Court will take necessary steps to ensure that appellant has adequate representation. The court may issue a show cause order directing counsel to appear before this Court on a date certain to show cause why he should not be held in contempt for failing to file the brief as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.